UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, PLC, *et al.*,<br><br>Defendants. | Case No. 5:23-cv-01591-EJD<br><br>**[PROPOSED] ORDER GRANTING JAZZ AND ESI DEFENDANTS' JOINT MOTION TO ENLARGE TIME AND PAGE LIMITATIONS**<br><br>Hon. Edward J. Davila |

**[PROPOSED] ORDER**

      This matter comes before the Court on the Jazz and ESI Defendants' Joint Motion to Enlarge Time and Page Limitations. Upon consideration of the Motion and the papers submitted in support, and any opposition thereto, it is HEREBY ORDERED that the Motion is GRANTED. The Parties shall adhere to the following briefing schedule and page limitations: Jazz and ESI's deadline to respond to the Amended Complaint is February 20, 2024. In the event that Jazz and ESI move to dismiss, MSP's oppositions shall be due on April 4, 2024, and Jazz's and ESI's replies shall be due on May 13, 2024. Jazz's and ESI's motions to dismiss shall not exceed 35 pages each; MSP's oppositions shall not exceed 35 pages each; and Jazz's and ESI's replies shall not exceed 25 pages each.

      IT IS SO ORDERED.

Dated: _____, 2024.                      _____
                                                            Honorable Edward J. Davila